

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00437-CV

**IN THE INTEREST OF N.L.B.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-13937
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is dismissed for want of prosecution. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED May 25, 2022.

_____
Patricia O. Alvarez, Justice